**Charles A. HAMM, Plaintiff-Appellant,**

v.

**VENTURA DEPARTMENT OF CHILD SUPPORT SERVICES; et al., Defendants-Appellees.**

**No. 17-55605**

United States Court of Appeals, Ninth Circuit.

Submitted November 15, 2017 *

Filed November 21, 2017

Charles A. Hamm, Pro Se

Before: CANBY, TROTT, and GRABER, Circuit Judges.

### MEMORANDUM **

Charles A. Hamm appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action after denying his application for leave to proceed in forma pauperis ("IFP"). We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987), and we affirm.

The district court did not abuse its discretion in denying Hamm's IFP application because Hamm failed to make a sufficient showing of indigency. *See* 28 U.S.C.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

§ 1915(a) (IFP statute); *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (a plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty (citation and internal quotation omitted)).

**AFFIRMED.**